| | | |
|---|---|---|
| ATTORNEY GRIEVANCE COMMISSION OF MARYLAND | *  *  * | IN THE SUPREME COURT OF MARYLAND |
| v. | * | AG No. 27 |
| DAWN SUNSHINE VELTMAN | * | September Term, 2025 |

O R D E R

Upon consideration of the joint petition for order to transfer the respondent to disability inactive status pursuant to Rule 19-736, it is this 8th day of December 2025, by the Supreme Court of Maryland,

ORDERED that the joint petition is granted; and it is further

ORDERED that, pursuant to Maryland Rule 19-736(c), Respondent, Dawn Sunshine Veltman, is transferred to disability inactive status, pending further order of this Court; and it is further

ORDERED that the Clerk of this Court shall provide notice of this Order in accordance with Maryland Rule 19-761.



/s/ Matthew J. Fader
Chief Justice

Pursuant to the Maryland Uniform Electronic Legal Materials Act (§§ 10-1601 et seq. of the State Government Article) this document is authentic.



Gregory Hilton, Clerk